THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Fred Griffin, Appellant.
 
 
 

Appeal from York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No.  2009-UP-156
Submitted March 2, 2009  Filed March 30,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Fred Griffin appeals his probation
 revocation, arguing the trial court erred in revoking his probation for failing
 to pay restitution, failure to report, and absconding supervision without
 making a finding that the failure to pay restitution was willful.  After a thorough review of the record, counsels brief,
 and Griffins pro se brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved.[1]  
APPEAL
 DISMISSED.
HEARN, C.J.,
 PIEPER and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.